*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scungio Borst and Associates LLC ) <br>     Debtor(s) ) <br> ) <br> Stephen J. Scherf, SBA Plan Trust Administrator of ) <br> SBA Plan Trust ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> American Express ) <br> Defendant | Case No. 22−10609−amc <br> Chapter 11 <br><br><br><br> Adversary No. 24−00038−amc |

## DEFAULT JUDGMENT

Before Judge Ashely M. Chan

    AND NOW, in accordance with Request for Entry of Default Judgment, Affidavit and Certificate of Service it is

    ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust and against Defendant, American Express in the amount of Two Hundred Ninety One Thousand Nine Hundred Eighty Two Dollars and Forty Eight Cents ($291,982.48), plus cost in the amount of Three Hundred Fifty Dollars and Zero Cents($350.00)for a total sum of Two Hundred Ninety Two Thousand Three Hundred Thirty Two Dollars and Forty Eight Cents ($292,332.48).

Date: August 5, 2024

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court